Case 3:18-cr-00348-WKW-WC   Document 50   Filed 04/08/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>BRANDON ELLIOTT CLARK<br><br>Date of Original Judgment: 05/02/2019<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No: 3:18cr348-WKW<br>)   USM No: 11000-002<br>)<br>)   William Calvin White, II<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Pursuant to USSG §2K2.4(b), the guideline sentence is the minimum term of imprisonment required by statute which is 60 months. Chapters Three and Four are not applicable to the defendant's count of conviction. USSG §2K2.4(a). According to USSG §1B1.10(a)(2)(B), a reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2) if Amendment 821 does not have the effect of lowering the defendant's applicable guideline range.

Except as otherwise provided, all provisions of the judgment dated 05/02/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/08/2024   /s/ W. Keith Watkins
*Judge's signature*

Effective Date: _____   W. Keith Watkins, United States District Judge
*(if different from order date)*   *Printed name and title*